STATE OF NEW JERSEY v. DANIEL K. RICHARDS, SR.

November 17, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. HARLEY L. HURWITZ.

November 17, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. EARL HARVEY.

November 17, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. THEODORE J. PRESTON.

November 17, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. LESTER EVANS.

November 17, 1987.

Petition for certification denied.